UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v.-                                             ORDER

SHEVAH YARDE,                             No. 25-CR-59 (CS)

                Defendant.

---------------------------------------------------------x

Seibel, J.

       There was a conference in the above-captioned case set for May 8, 2025, but the Court was advised by the U.S. Marshals Service that Defendant Shevah Yarde refused to attend, claiming that he had a medical appointment. The Court rescheduled the proceeding for today, and the Marshals have advised that Mr. Yarde again refused to attend, citing the same reason.

       Mr. Yarde needs to understand that attendance at court proceedings is not optional.

       If possible before the rescheduled conference, Mr. Braverman is directed to provide a copy of this Order to Mr. Yarde and to explain to Mr. Yarde his obligation to attend all proceedings scheduled by the Court.

       The conference is rescheduled for June 2, 2025 at 3 pm. The U.S. Marshals Service is hereby authorized to use force as reasonably necessary to secure Defendant Shevah Yarde's appearance at that proceeding.

SO ORDERED.

Dated: May 29, 2025
       White Plains, New York

                                            _____
                                            CATHY SEIBEL, U.S.D.J.