Case 7:25-cr-00059-KMK   Document 71-1   Filed 12/09/25   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA.,                              [Proposed] Order

      -against-                                              DKT NO.: 25 Cr 59 (KMK)

SHEVAH YARDE,

             *Defendant.*

WHEREAS, Defendant Shevah Yarde requested inspection and testing of certain controlled substances within the possession, custody and control of the government pursuant to Fed. R. Crim. Pro. 16(a);

WHEREAS, Defendant moved on October 28, 2025, and now as supplemented and superseded on December 9, 2025, for an Order compelling the Government to permit inspection and independent chemical testing of (i) a sampling of 2 pills from the substances alleged in Count Five to contain methamphetamine and to have been sold by the Defendant on or about December 3, 2022; (ii) a sampling of 2 pills from the substances alleged in Count Nine to contain methamphetamine and to have been sold by the Defendant on or about December 29, 2022; (iii) a sampling of 2 pills from the substances alleged in Count Eleven to contain methamphetamine and to have been sold by the Defendant on or about January 20, 2023,; and (iv) a sample of the substances alleged in Count Twelve to contain cocaine and to have been distributed and possessed with the intent to distribute by the Defendant on or about January 21, 2023;

WHEREAS, the Defense has identified NMS Labs (Pennsylvania) to the Government as a chemical laboratory of the Defense's choosing to perform this independent chemical analysis;

WHEREAS, the Defense proposes that the parties shall arrange for the above-identified exhibits to be brought to NMS Labs (Pennsylvania) by law enforcement officers, that law enforcement officers transporting the alleged narcotics to the laboratory be allowed to observe as the facility opens each evidence bag, removes a sample for testing from each bag that the

laboratory will retain, and then reseals those bags, and that each of the evidence bags be returned to the law enforcement officers immediately thereafter;

WHEREAS, the Defense proposes that NMS Labs (Pennsylvania) will immediately notify law enforcement if, for any reason, the facility is unable to test the samples removed from the exhibits, and that, in such circumstance, law enforcement officers would return to the facility to collect those samples by hand;

WHEREAS, the Defense agrees that no laboratories other than NMS Labs (Pennsylvania) will be permitted to test the samples of alleged controlled substances described above absent prior order by this Court; and

WHEREAS, the Government has indicated that it does not object to the Defendant's motion as described herein;

IT IS HEREBY ORDERED, that the Defendant's motion is granted as described on the above terms; and

IT IS FURTHER ORDERED, that

DATED:    12/9/25                              SO ORDERED

                                              Kenneth M. Karas
                                              United States District Judge